756 A.2d 671

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Douglas Paul WRIGHT, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

## ORDER

PER CURIAM:

AND NOW, this 11th day of August, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether trial counsel was ineffective in failing to request a corrupt source charge relative to the testimony of April Klinedinst?